UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.0:11-cv-62687-KMW

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

CONWAY FOOD, INC. and
2N INVESTMENT, INC.

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, WILLIAM L. TAYLOR ("Plaintiff") and Defendants, CONWAY FOOD, INC. and 2N INVESTMENT, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims against the Defendant, CONWAY FOOD, INC. and 2N INVESTMENT, INC., in the above-styled action.

    Dated this 11th day of April, 2012

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April 2012, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Aaron Behar, Esq. | Douglas S. Schapiro, Esq. |
| Florida Bar No.: 166286 | Florida Bar No.: 54538 |
| AARON BEHAR P.A. | THE SCHAPIRO LAW GROUP, P.L. |
| 7551 Wiles Road, Suite 106 | 7050 W. Palmetto Park Road, Suite 15-271 |
| Coral Springs, Florida 33067 | Boca Raton, Florida 33433 |
| Telephone: (954) 688-7642 | Telephone: (561) 807-7388 |
| Facsimile: (954) 332-9260 | Facsimile: (561) 807-7198 |
| E-mail: ab@aaronbeharpa.com | Email: schapiro@schapirolawgroup.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |