UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62687–CV–WILLIAMS

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

CONWAY FOOD, INC. and
2N INVESTMENT, INC.

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation for Dismissal with Prejudice by and between the parties (DE 16), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of April, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record